# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON JENKINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01164-LPS |
| v. ) | |
| ) | |
| 1LIFE HEALTHCARE, INC., BRUCE W. ) | |
| DUNLEVIE, DAVID P. KENNEDY, AMIR ) | |
| DAN RUBIN, PAUL R. AUVIL, MARK S. ) | JURY TRIAL DEMANDED |
| BLUMENKRANZ, KALEN F. HOLMES, ) | |
| FREDA LEWIS-HALL, ROBERT R. ) | |
| SCHMIDT, and SCOTT C. TAYLOR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 25, 2021            **LONG LAW, LLC**

                                              By:   */s/ Brian D. Long*
                                                         Brian D. Long (#4347)
                                                         3828 Kennett Pike, Suite 208
                                                         Wilmington, DE 19807
                                                         Telephone: (302) 729-9100
                                                         Email: BDLong@longlawde.com

                                                         *Attorneys for Plaintiff*